UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DEWAYNE BATTLE,

    Plaintiff,

  v.

ANDREW SAUL,

    Defendant.

Case No. 21-cv-01123-SVK

**JUDGMENT**

On October 22, 2021, the Court granted the Parties' stipulation to voluntarily remand this case. Pursuant to Federal Rule of Civil Procedure 58 and the Parties' stipulation, the Court hereby reverses the final decision of the Commissioner and enters judgment in favor of Plaintiff David Battle and against Defendant Commissioner of Social Security. The case is remanded for further proceedings consistent with the order on the Parties' stipulation. The Clerk of Court shall close the file on this matter.

**SO ORDERED.**

Dated: October 22, 2021

SUSAN VAN KEULEN
States Magistrate Judge